memorandum opinions in *Ruzicka* v. *Rager, ante,* p. 1061, decided herewith.) Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See *post,* p. 1070.]

In the Matter of MARGARET C. LIDDY, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, Appellant.— The determination of the commission finds sufficient support in the evidence. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Accounting of GEORGE L. WASSERMAN, as Executor of SAMUEL WASSERMAN, Deceased, Appellant-Respondent. HENRY SCHUMAN, Respondent-Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of SAMUEL KATZ, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of HELEN GONZALES, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and JOHN TESI et al., Interveners, Respondents.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 776.]

ALFRED ORLIK, INC., Appellant, v. JOHN SURREY, LTD., Defendant, and L. ORLIK, LTD., et al., Respondents.— No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

HENRY G. DAVIS, Appellant, v. VIRGINIA DAVIS, Respondent.— In affirming the order we do not pass upon the question as to whether the fraud charged would warrant an annulment. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [Order granted defendant's motion for examination before trial.]